FORM EDC 6–640 Order Closing Case Where Case Has Been Reopened  (v.11.07)

09–26980 – B – 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM

**FILED**

**6/26/13**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

jtis

## ORDER CLOSING CASE WHERE CASE HAS BEEN REOPENED

Case Number:    09–26980 – B – 7

Debtor Name(s) and Address(es):

Garfield Henry Shelton III
4216 Zaccaro Way
Elk Grove, CA 95758

Sheri Renee Shelton
4216 Zaccaro Way
Elk Grove, CA 95758

An order reopening case having been entered and the estate having been fully administered;

**IT IS ORDERED** that the above–entitled case be and the same is hereby closed.

Dated:  6/26/13

Wayne Blackwelder
Clerk of Court